IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | | |
|---|---|---|
| IN RE: | * | |
| | * | |
| SHERWOOD BRANDS, LLC | * | Case No.:  11-23807-PM |
| | * | |
| Debtor | * | Chapter 11 |
| | * | |
| ****************************** | | |
| IN RE: | * | |
| | * | |
| SHERWOOD BRANDS, INC. | * | Case No.:  11-23809-PM |
| | * | |
| Debtor | * | Chapter 11 |
| | * | |
| ****************************** | | |
| IN RE: | * | |
| | * | |
| SHERWOOD BRANDS OF | * | Case No.:  11-23812-PM |
| RHODE ISLAND, INC. | * | |
| | * | Chapter 11 |
| Debtor | * | |
| | * | |
| ****************************** | | |
| IN RE: | * | |
| | * | |
| SHERWOOD BRANDS OF | * | |
| VIRGINIA, LLC | * | Case No.:  11-23813-PM |
| | * | |
| Debtor | * | Chapter 11 |
| | * | |
| ****************************** | | |
| IN RE: | * | |
| | * | |
| SHERWOOD  BRANDS ZIP, LLC | * | Case No.:  11-23814-PM |
| | * | |
| Debtor | * | |
| | * | |
| ****************************** | | |

**NOTICE OF CONSENT TO MOTION FOR RELIEF FROM STAY**

O'MALLEY, MILES,
NYLEN & GILMORE, P.A.

P.O. Box 689
Greenbelt, MD  20768

*Street Address*

11785 BELTSVILLE DRIVE
TENTH FLOOR
CALVERTON, MD  20705
(301)572-7900
FAX NO. (301)572-6655

PLEASE TAKE NOTICE, that Masterpiece International, LTD. has filed a Motion for Relief From Stay with regard to certain inventory in its possession, to which Sherwood Brands, Inc has consented. The Motion and Proposed Order are on file with the Clerk of the United States Bankruptcy Court, 6500 Cherrywood Lane, Greenbelt, MD 20770 in case number 11-23809- PM (the Motion and proposed Order having been filed in that case before joint administration was granted).

Any creditor or party in interest who objects to the Motions and/or entry of the proposed Order must file a objection, in writing, stating the legal and factual grounds which form the basis of the objections, with the Court within twenty-one days from the date of this notice (i.e., January 26, 2012) and must deliver a copy of such objection to Susan Zuhowski, O'Malley, Miles, Nylen & Gilmore, P.A., 11785 Beltsville Drive, 10th Floor, Calverton, MD 20705. The Court may conduct a hearing or rule on the Motion without a hearing, in its discretion, regardless of whether any objections are filed. If no objections are filed, the Motion may be approved by the Court without further notice.

Any party in interest with questions about the forgoing may contact the undersigned.

Date: January 5, 2012              Respectfully submitted,

                                      /s/
Susan Zuhowski (Bar No. 11284)
O'Malley, Miles, Nylen & Gilmore, P.A.
11785 Beltsville Drive, 10th Floor
Calverton, MD 20785
(301) 572-7900
(301) 572-6655 Facsimile
szuhowski@omng.com

*Attorneys for Movant Masterpiece International, Ltd.*

O'MALLEY, MILES, NYLEN & GILMORE, P.A.

P.O. Box 689
Greenbelt, MD 20768

*Street Address*

11785 BELTSVILLE DRIVE
TENTH FLOOR
CALVERTON, MD 20705
(301)572-7900
FAX NO. (301)572-6655

F:\Clients\M\Masterpiece International\Pleadings\Notion of Motion and Consent.doc